IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MEDVED, et al., | : : : |
| Plaintiff, | : CASE NO. 2:23-cv-03345 : |
| v. | : Judge Algenon L. Marbley : Magistrate Judge Chelsey M. Vascura : |
| SOUTHERNCARE, INC., et al., | : : |
| Defendants. | : |

## ORDER

This matter comes before this Court on Plaintiffs-Relators Jason Medved and Anthony Donnadio's ("Plaintiffs-Relators") Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure ("Stipulation"). (ECF No. 15). As set forth in the Stipulation, Plaintiffs-Relators voluntarily dismiss, with prejudice, their claims against Defendant SouthernCare, Inc. and all other Defendants, pursuant to 31 U.S.C. § 3730(d), for reasonable expenses, attorneys' fees, and costs, pursuant to the terms of a Settlement Agreement among Plaintiffs-Relators and Southern Care, Inc. and Plaintiffs-Relators' claim to a share of the portion of the United States Settlement Amount, pursuant to 31 U.S.C. § 3730(d), as identified by Recital L and Paragraph 9 of the Settlement Agreement. (*Id.*). This Court's July 3, 2024 order had previously retained jurisdiction over these claims. (ECF No. 13). Plaintiffs-Relators submit that they have fully resolved this action as to Defendants and the United States. (ECF No. 15). The United States consents to the Stipulation. (*Id.*).

Accordingly, upon consideration of the Stipulation and the filings docketed in this action, **IT IS HEREBY ORDERED**:

1

1. Plaintiffs-Relators' claim to a share of the portion of the United States Settlement Amount, pursuant to 31 U.S.C. § 3730(d) shall be **DISMISSED WITH PREJUDICE**.

2. Relators' claims to reasonable expenses, attorneys' fees and costs from Defendants pursuant to 31 U.S.C. § 3730(d) shall be **DISMISSED WITH PREJUDICE**.

As all claims are now dismissed, this case shall be closed.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  May 22, 2025**